**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 222 EAL 2019
                                        :
             Respondent            :
                                          :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court
               v.                   :
                                          :
                                        :
CALVIN MORRIS,                     :
                                        :
             Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.